IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL PADRO,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-1159-L** |
| | § | |
| **LOGISTICS INSIGHT CORP.,** | § | |
| | § | |
| Defendant. | § | |

# ORDER

On December 22, 2023, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12) was entered, recommending that the court grant Defendant's Motion to Set Aside the Entry of Default (Doc. 10); set aside the entry of default (Doc. 7); grant Defendant leave to file its Answer to Plaintiff's Complaint (Doc. 10-1); and deny as moot Plaintiff's Motion for Default Judgment (Doc. 8). No objections to the Report were filed within the time allowed.

Having considered the file, record in this case, Report, and the parties' motions, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Set Aside the Entry of Default (Doc. 10); **sets aside** the entry of default (Doc. 7); **grants** Defendant leave to file its Answer to Plaintiff's Complaint (Doc. 10-1), which it prematurely filed on December 27, 2023, before the court accepted and ruled on the Report; and **denies as moot** Plaintiff's Motion for Default Judgment (Doc. 8).

**It is so ordered** this 17th day of January, 2024.

                                                Sam A. Lindsay
                                                United States District Judge